UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



UNITED STATES OF AMERICA,

v.

JAMES WALKER,

      Defendant.

23-CR-77 (JLS) (MJR)

## DECISION AND ORDER

Defendant James Walker is charged in a three-count indictment with: (1) conspiracy to possess with intent to distribute, and to distribute, five kilograms or more of a mixture and substance containing cocaine; (2) possession of five kilograms or more of a mixture and substance containing cocaine with intent to distribute; and (3) money laundering conspiracy. See Dkt. 1. United States Magistrate Judge Michael J. Roemer was designated to hear and determine, and report and recommend on, all pre-trial proceedings under 28 U.S.C. §§ 636(b)(1)(A) and (B). Dkt. 3.

Walker filed several dispositive motions, including to dismiss the indictment, to suppress statements, and to suppress evidence. See Dkt. 15. He also filed several non-dispositive motions related to discovery. See id. The Government responded in opposition. Dkt. 16. Walker did not reply. Judge Roemer held oral argument on January 9, 2024, and on March 6, 2024,[1] issued a Report, Recommendation, and Order ("R&R"), recommending that this Court deny Walker's dispositive motions, and

---

[1] Judge Roemer gave Walker an opportunity to file supplemental briefing, but he did not do so. See Dkt. 18.

denying Walker's non-dispositive motions.  See Dkt. 19.  Neither Walker nor the Government objected to the R&R, and the time to do so has expired.  See 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(2).[2]

A district court may accept, reject, or modify the findings or recommendations of a magistrate judge.  28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3).  A district court must conduct a *de novo* review of those portions of a magistrate judge's recommendation to which a party objects.  28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b)(3).  But a district court need not review the recommendation of a magistrate judge to which no objections are raised.  See *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985).

Though not required to do so here, this Court nevertheless reviewed Judge Roemer's R&R and the relevant record.  Based on that review, and absent any objections, the Court accepts and adopts Judge Roemer's recommendation to deny Walker's motion.  As a result, the Court DENIES Walker's motion to dismiss the indictment and motions to suppress statements and evidence (Dkt. 15).

SO ORDERED.

Dated:   July 11, 2024
         Buffalo, New York

_____
JOHN L. SINATRA, JR.
UNITED STATES DISTRICT JUDGE

---

[2] Walker sought two extensions of time to file objections, which this Court granted, resulting in a July 8, 2024 deadline to file objections.  See Dkt. 21; Dkt. 23.